JS 45 (01/2008)

**REDACTED**

**Criminal Case Cover Sheet**                                           U.S. District Court

**Place of Offense:**         Under Seal: Yes ___ No X      Judge Assigned: Nachmanoff
City    McLean, VA       ___ Superseding Indictment         Criminal Number: 1:25-CR-272
County/Parish ___        ___ Same Defendant                 New Defendant  X
                         ___ Magistrate Judge Case Number ___   Arraignment Date: ___
                         ___ Search Warrant Case Number ___
                         ___ R 20/R 40 from District of ___
                         ___ Related Case Name and No: ___

Defendant Information:
Juvenile -- Yes ___ No X   FBI # ___
Defendant Name: James B. Comey           Alias Name(s) ___
Address: McLean VA 22102
Employment: ___
Birth date 1960    SS# 9092   Sex M  Def Race White   Nationality U.S.   Place of Birth ___
Height ___  Weight ___  Hair ___  Eyes ___   Scars/Tattoos ___
  Interpreter: X No  ___ Yes  List language and/or dialect: ___  Automobile Description ___
Location Status:
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody    ___ On Pretrial Release    X  Not in Custody
___ Arrest Warrant Requested    ___ Fugitive               X  Summons Requested
___ Arrest Warrant Pending      ___ Detention Sought       ___ Bond

Defense Counsel Information:
Name:    Jessica Carmichael          ___ Court Appointed    Counsel conflicted out: ___
Address: ___                         X   Retained
Telephone: 312-758-4454              ___ Public Defender    Federal Public Defender's Office conflicted out:

U.S. Attorney Information:
AUSA  Lindsey Halligan   Telephone No: 703-299-3700    Bar # 109481 (FL)
Complainant Agency, Address & Phone Number or Person & Title:
Miles L. Starr, Special Agent FBI, (202) 440-0266

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC § 1001(a)(2) | False Statement | 1-2 | Felony |
| Set 2 | 18 USC § 1505 | Obstruction | 3 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

Date: 9/25/25        Signature of AUSA:   /s/ Lindsey Halligan