IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| v. ) | Case No. 1:25CR272-MSN |
| ) | |
| **James B. Comey, Jr.** ) | |
| ) | |
| **Defendant.** ) | |

**JAMES COMEY'S REPONSE TO GOVERNMENT'S
<u>MOTION FOR EXPEDITED RULING</u>**

Exhibit A

[FILED UNDER SEAL]