AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-CR-00272-MSN |
| James B. Comey, Jr. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

amici curiae university professors and scholars.

Date:   10/27/2025

/s/ Joshua Erlich
*Attorney's signature*

Joshua Erlich (VA Bar #81298)
*Printed name and bar number*

The Erlich Law Office
1550 Wilson Blvd., Suite 700
Arlington, VA 22209
*Address*

jerlich@erlichlawoffice.com
*E-mail address*

(703) 791-9087
*Telephone number*

(703) 722-8114
*FAX number*