IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Case No.: 1:25-CR-00272-MSN |
| | ) | |
| James B. Comey, Jr., | ) | UNDER SEAL |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**<u>JAMES B. COMEY, JR.'S OPPOSITION TO GOVERNMENT'S
MOTION FOR IMPLEMENTATION OF A FILTER PROTOCOL</u>**

Exhibit C

[FILED UNDER SEAL]