AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-CR-272 |
| James B. Comey, Jr. | ) | |
| *Defendant* | ) | |

2025 OCT 27 A 11: 12

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

a group of former senior officials of the U.S. Department of Justice, as (prospective) amici curiae.

Date: 10/27/2025

_____
*Attorney's signature*

Samantha P. Bateman (VA Bar # 80110)
*Printed name and bar number*

Washington Litigation Group
1717 K Street NW, Suite 1120
Washington, DC 20006
*Address*

sbateman@washingtonlitigationgroup.org
*E-mail address*

(202) 521-8750
*Telephone number*

(202) 512-8745
*FAX number*