UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES B. COMEY, JR.,<br><br>          *Defendant.* | No. 1:25-CR-272 (MSN) |

**[Proposed] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***

Having reviewed the proposed *amici curiae* brief on behalf of a group of more than 100 former senior officials of the United States Department of Justice, and having determined that brief to be both timely and useful to the Court, it is hereby

ORDERED that the Motion for Leave to File Brief as *Amici Curiae* in Support of Motion to Dismiss Indictment for Vindictive Prosecution is GRANTED and the brief submitted contemporaneously along with that motion is hereby deemed FILED on the public docket in the above-captioned case.

**IT IS SO ORDERED.**

_____
Michael S. Nachmanoff
United States District Judge

_____, 2025
Alexandria, Virginia