

# U.S. District Court

**Virginia Eastern - Alexandria**

Receipt Date: Oct 27, 2025 11:11AM

Samantha Bateman

Rcpt. No: 100014003          Trans. Date: Oct 27, 2025 11:11AM          Cashier ID: #JB (3392)

| CD  | Purpose      | Case/Party/Defendant                                       | Qty | Price  | Amt    |
|-----|--------------|------------------------------------------------------------|-----|--------|--------|
| 111 | Pro Hac Vice | DVAE126CRPROHAC /001<br>U S DISTRICT CLERK-ALEXANDRIA PROHAC | 1   | 225.00 | 225.00 |

| CD | Tender |       |            | Amt     |
|----|--------|-------|------------|---------|
| CH | Check  | #342  | 10/27/2025 | $225.00 |

Total Due Prior to Payment: $225.00
Total Tendered: $225.00
Total Cash Received: $0.00

**Comments:** (3) Pro HAC Applications - Case# 1:25CR272

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

atty: James Pearce