

# U.S. District Court

### Virginia Eastern - Alexandria

Receipt Date: Oct 27, 2025 11:11AM

Samantha Bateman

| Rcpt. No: 100014003 | Trans. Date: Oct 27, 2025 11:11AM | | | Cashier ID: #JB (3392) |
|---|---|---|---|---|
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 111  Pro Hac Vice | DVAE126CRPROHAC /001<br>U S DISTRICT CLERK-ALEXANDRIA PROHAC | 1 | 225.00 | 225.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #342 | 10/27/2025 | $225.00 |
| | | | Total Due Prior to Payment: | $225.00 |
| | | | Total Tendered: | $225.00 |
| | | | Total Cash Received: | $0.00 |

**Comments:** (3) Pro HAC Applications - Case# 1:25CR272

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Atty: Nathaniel Zelinsky