AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

## for the

### Eastern District of Virginia

FILED

2025 OCT 28  A 8: 45

| | | |
|---|---|---|
| UNITED STATES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cr-00272 |
| JAMES B. COMEY, Jr. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Project Democracy

Date:     10/27/2025

//s// Victor M. Glasberg
*Attorney's signature*

Victor M. Glasberg, #16184
*Printed name and bar number*

Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314

*Address*

vmg@robinhoodesq.com
*E-mail address*

(703) 684-1100
*Telephone number*

(703) 684-1104
*FAX number*