AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

|  |  |
|---|---|
| UNITED STATES <br> *Plaintiff* <br> v. <br> JAMES B. COMEY, Jr. <br> *Defendant* | 2025 OCT 28 A 8: 45 <br><br> Case No. 1:25-cr-00272 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Project Democracy

Date:     10/28/2025

//s// Abigail S. Grand
*Attorney's signature*

Abigail S. Grand, #100578
*Printed name and bar number*

Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA  22314
*Address*

agrand@robinhoodesq.com
*E-mail address*

(703) 684-1100
*Telephone number*

(703) 684-1104
*FAX number*