AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

FILED

2025 OCT 28  A 9:53

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-CR-00272-MSN |
| James B. Comey, Jr. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

current and former members of Congress, as (prospective) amici curiae

Date: 10/27/2025

*Attorney's signature*

Scott G. Brooks (VA Bar No. 87345)
*Printed name and bar number*

Levy Firestone Muse LLP
900 17th Street NW, Suite 605
Washington, D.C. 20006

*Address*

sbrooks@levyfirestone.com
*E-mail address*

(202) 845-3215
*Telephone number*

(202) 595-8253
*FAX number*