### Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):    Patrick Fitzgerald

Rebekah Donaleski

Jessica Carmichael

Electronic Device(s):    1 laptop

Purpose and Location Of Use:    Motion Hearing, Courtroom 600

Case No.:    1:25cr272

Date(s) Authorized:    November 5, 2025

IT Clearance Waived:    _____(Yes)        _____(No)

APPROVED BY:

Date:_____    _____
                             United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____    _____
                IT Staff Member                      Date(s)

**IT clearance must be completed, unless waived, before court appearance.**