# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JAMES B. COMEY, JR.** <br><br> *Defendant*. | Criminal No. 1:25-CR-272-MSN |

## NOTICE OF COMPLIANCE WITH JUDICIAL ORDER

The government files this notice of compliance with the Court's Order at Docket Entry 148. The Court had previously Ordered the government to provide, for in camera review, all documents relating to the indictment signer's participation in the grand jury proceedings, along with complete grand jury transcripts. [DE 95]. In response, the government provided the transcript of the Grand Jury proceedings that was previously provided to the government by the transcription service.

The Court's subsequent Order at Docket Entry 148 additionally requested the recording from the Grand Jury presentation. Upon receiving this order, the government immediately contacted the transcription service and requested the complete recording.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

Further, the government requested that the transcription service transcribe the entire recording, which had not been done previously. This new transcript was provided to the government on November 5, 2025. The above items have now been provided to the Court in compliance with the Court's Orders.

Respectfully submitted this 5th day of November, 2025.

        Lindsey Halligan
        United States Attorney

        _____/S/_____
        N. Tyler Lemons
        Assistant United States Attorney
        North Carolina Bar No. 46199
        Gabriel J. Diaz
        Assistant United States Attorney
        North Carolina Bar No. 49159
        2100 Jamieson Avenue
        Alexandria, VA 22314
        Tel: (703) 299-3700
        tyler.lemons@usdoj.gov
        gabriel.diaz@usdoj.gov

**CERTIFICATE OF SERVICE**

This is to certify that I have this 5th day of November, 2025, the government served a copy of the foregoing upon the defendant by CM/ECF to:

Jessica Nicole Carmichael
Counsel for Defendant

Patrick Joseph Fitzgerald
Counsel for Defendant

                                                     Respectfully submitted,

                                                     /S/
                                                N. Tyler Lemons
                                                Assistant United States Attorney
                                                North Carolina Bar No. 46199
                                                Gabriel J. Diaz
                                                Assistant United States Attorney
                                                North Carolina Bar No. 49159
                                                2100 Jamieson Avenue
                                                Alexandria, VA 22314
                                                Tel: (703) 299-3700
                                                tyler.lemons@usdoj.gov
                                                gabriel.diaz@usdoj.gov