# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **JAMES B. COMEY, JR.** <br><br> *Defendant.* | Criminal No. 1:25-CR-272-MSN |

## NOTICE OF COMPLIANCE WITH MAGISTRATE JUDGE'S ORDER

The government files this notice of compliance with the Magistrate Judge's Order at Docket Entry 161. The Magistrate Judge ordered the government to provide the Defendant all materials seized pursuant to the four 2019 and 2020 search warrants referenced in the Government's Reply to Defendant's Response to the Government's Motion for Implementation of Filter Protocol by 5:00 p.m. on November 6, 2025, and to provide notice to the Court and to the Defendant regarding the status of such production, including any anticipated delay, no later than 12:00 p.m. on November 6, 2025. [DE 161].[1]

The government hereby provides notice that the materials seized pursuant to the four 2019 and 2020 search warrants will be provided to the defendant by 5:00 p.m. in accordance with the Order.

---

[1] The Order at D.E. 161 was received via CM/ECF at 12:13 p.m. on November 6, 2025.

Respectfully submitted this 6th day of November, 2025.

                                                    Lindsey Halligan
                                                    United States Attorney

                                                    _____/S/_____
                                                    N. Tyler Lemons
                                                   Assistant United States Attorney
                                                   North Carolina Bar No. 46199
                                                   Gabriel J. Diaz
                                                   Assistant United States Attorney
                                                   North Carolina Bar No. 49159
                                                   2100 Jamieson Avenue
                                                   Alexandria, VA 22314
                                                   Tel: (703) 299-3700
                                                   tyler.lemons@usdoj.gov
                                                   gabriel.diaz@usdoj.gov

**CERTIFICATE OF SERVICE**

      This is to certify that I have this 6th day of November, 2025, the government served a copy of the foregoing upon the defendant by CM/ECF to:

Jessica Nicole Carmichael
Counsel for Defendant

Patrick Joseph Fitzgerald
Counsel for Defendant

Rebekah Donaleski
Counsel for Defendant

 

Respectfully submitted,

_____/S/_____
N. Tyler Lemons
Assistant United States Attorney
North Carolina Bar No. 46199
Gabriel J. Diaz
Assistant United States Attorney
North Carolina Bar No. 49159
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700
tyler.lemons@usdoj.gov
gabriel.diaz@usdoj.gov